UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARLON N. GARCIA,                                       CV 11-3049 (CLP)

                        Plaintiff,

    -against-                                      **STIPULATION**
                                                                       **OF DISCONTINUANCE**
THE LONG ISLAND RAIL ROAD COMPANY,

                        Defendant.

-----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiff, MARLON N. GARCIA, and defendant in the above entitled action, that whereas no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, the above entitled action be, and the same hereby is discontinued, against defendants, without costs to either party as against the other; and it is further

**STIPULATED AND AGREED**, that this stipulation may be filed without further notice with the Clerk of the Court.

Dated:  New York, New York
          April 12 , 2012

| THE LAW OFFICE OF | RICHARD L. GANS, ESQ. |
|---|---|
| PHILIP P. VOGT, PLLC | |
| BY: _____ | BY: _____ |
| Philip P. Vogt, Esq. | Thomas L. Chiofolo , Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant LIRR |
| 5 Penn Plaza | Law Department - 1143 |
| 23rd Floor | Jamaica Station – 4th Floor |
| New York, New York  10001 | Jamaica, New York  11435 |
| (212) 835-1640 | (718) 558-7760 |